UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB LEE TREMAYNE, CC3261,

        Plaintiff,

       v.

DR. MATHEW BUTLER,

        Defendant(s).

Case No. 26-cv-01601-SK  (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner currently incarcerated at the California Health Care Facility (CHCF) in Stockton, has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care while detained at the Trinity County Jail in Weaverville, California.

A substantial part of the events or omissions giving rise to plaintiff's claim(s) occurred, and the sole defendant named resides, in Trinity County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk is instructed to transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: February 25, 2026

_____
SALLIE KIM
United States Magistrate Judge